1 Katessa Charles Davis, State Bar No. 146922
katessa.davis@ogletreedeakins.com
2 Allison C. Eckstrom, CA Bar No. 217255
allison.eckstrom@ogletreedeakins.com
3 Kelley A. Bolar, CA Bar No. 275646
kelley.bolar@ogletreedeakins.com
4 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
5 695 Town Center Drive
Costa Mesa, CA  92626
6 Telephone:   714.800.7900
Facsimile:    714.754.1298
7
Attorneys for Defendant
8 LOCKHEED MARTIN CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY DAVID SCHREINER,<br><br>          Plaintiff,<br><br>     vs.<br><br>LOCKHEED MARTIN CORPORATION, LOCKHEED MARTIN, LOCKHEED MARTIN SANTA BARBARA FOCALPLANE, KENEN NELSON, JEFFREY KINDRED and DOES 1 to 100, inclusive,<br><br>          Defendants. | Case No. CV 14-02847 BRO (SSx)<br><br>**PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL DOCUMENTS AND PROPRIETARY INFORMATION**<br><br>Action Filed:  March 21, 2014<br>Trial Date:      November 3, 2015 |

**All future Discovery filings shall include the following language on the cover page:**
**"[Referred to Magistrate Judge Suzanne H. Segal]"**

Schreiner-Proposed Protective

[PROPOSED] PROTECTIVE ORDER

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that the terms of the Protective Order as described in the Stipulation between Plaintiff TIMOTHY DAVID SCHREINER and Defendant LOCKHEED MARTIN CORPORATION, shall be entered as the Order of the Court and be binding upon the parties and signatories to Exhibit "A."

**IT IS SO ORDERED.**

DATED: 06/18/15                                    /S/
                                      The Honorable Suzann H. Segal
                                      United States Magistrate Judge

**All future Discovery filings shall
include the following language
on the cover page:
"[Referred to Magistrate Judge
Suzanne H. Segal]"**

# CERTIFICATE OF SERVICE
*Schreiner v. Lockheed Martin Corporation, et al.*
Case No. 14-cv-2847-BRO-SS

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Suite 1500, 695 Town Center Drive, Costa Mesa, CA 92626.

On June 1, 2015, I served the following document(s):

**[PROPOSED] PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL DOCUMENTS AND PROPRIETARY INFORMATION**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person[s] at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(Federal):** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 1, 2015, at Costa Mesa, CA.

Diane Vo
Type or Print Name                                    Signature

1

## **SERVICE LIST**

| | |
|---|---|
| Carney R. Shegerian<br>Anthony Nguyen<br>SHEGERIAN & ASSOCIATES, INC.<br>225 Santa Monica Blvd., Suite 700<br>Santa Monica, CA 90401<br>Telephone: (310) 860-0770<br>Facsimile: (310) 860-0771<br>Email: cshegerian@shegerianlaw.com | Attorneys for Plaintiff,<br>TIMOTHY DAVID SCHREINDER |

21369325.1