1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAVID SCHREINER,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, LOCKHEED MARTIN, LOCKHEED MARTIN SANTA BARBARA FOCALPLANE, KENEN NELSON, JEFFREY KINDRED and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV 14-02847 BRO (SSx)<br><br>**JUDGMENT GRANTING DEFENDANT LOCKHEED MARTIN CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing:** September 14, 2015<br>**Time:** 1:30 p.m.<br>**Ctrm:** 14<br><br>Action Filed: March 21, 2014<br>Trial Date: November 3, 2015 |

## <u>JUDGMENT</u>

Defendant LOCKHEED MARTIN CORPORATION'S ("Defendant") Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment, came on regularly for hearing on September 14, 2015, at 1:30 p.m. in Courtroom 14 of the above-entitled Court, the Honorable Beverly Reid O'Connell presiding.

After considering the papers filed by the parties and oral argument by counsel, IT IS HEREBY ORDERED THAT Defendant's Motion for Summary Judgment is GRANTED in its entirety.

IT IS FURTHER ORDERED that Plaintiff recovers nothing and that the entire action be dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: <u>September 21, 2015</u>   _____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

2. SCHREINER V.
LOCKHEED

[PROPOSED] JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT